IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERTO MORINA | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| NEIMAN MARCUS GROUP, INC., | : | NO. 14-1394 |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this *30th* day of *September*, 2014, upon consideration of Defendant The Neiman March Group LLC[1] ("Defendant")'s Motion to Dismiss and Compel Arbitration (Docket No. 10), Plaintiff Alberto Morina ("Plaintiff")'s Response in Opposition (Docket No. 13), Defendant's Reply Brief (Docket No. 14), and Plaintiff's Sur-Reply Brief (Docket No. 15), it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss and Compel Arbitration is **GRANTED**; and

2. Plaintiff's Complaint is **DISMISSED**. This case is closed.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

---

[1] Plaintiff incorrectly captioned Defendant in his Complaint as "Neiman Marcus Group, Inc."